USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/4/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**BALBIR SINGH,**

                   **Plaintiff,**

     **-against-**

**BEVERLEY HOTELS ASSOCIATES, LCC, ET AL.,**

                   **Defendant.**

**1:21-CV-8341 (ALC) (SDA)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It has come to the Court's attention that the parties have reached agreement on all issues in this matter. The Complaint asserts a cause of action arising under the Fair Labor Standards Act (the "FLSA"). Accordingly, the parties are required to file a proposed settlement agreement and fairness memorandum pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), prior to dismissal. The parties shall file the settlement materials for judicial approval no later than **May 2, 2022**.

**SO ORDERED.**

**Dated:**     **April 4, 2022**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**