```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/5/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Balbir Singh, | |
| Plaintiff, | **1:21-cv-08341 (ALC) (SDA)** |
| -against- | **ORDER** |
| Beverley Hotels Associates LLC and Dream Hotel Group LLC, | |
| Defendants. | |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In view of the parties' settlement of this action (*see* ECF No. 18), it is hereby Ordered that

the Initial Pretrial Conference scheduled for April 12, 2022 is canceled.

**SO ORDERED.**

DATED:      New York, New York
            April 5, 2022

_____
STEWART D. AARON
United States Magistrate Judge