UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

BALBIR SINGH,

                             **Plaintiff,**

       -against-

BEVERLEY HOTELS ASSOCIATES,         1:21-cv-08341 (ALC)
LLC d/b/a NIGHT HOTEL BROADWAY
and DREAM HOTEL GROUP, LLC,            __ORDER__

                          **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the parties' Settlement Agreement and Release of Wage-Hour Claims and accompanying Letter Motion for Approval of the Settlement Agreement, dated May 2, 2022. (ECF No. 23.) Having reviewed the Settlement Agreement, as required by *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:   August 23, 2022
              New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**